# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159636(57)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVONTAE SANFORD,
        Plaintiff-Appellant,

v

STATE OF MICHIGAN,
        Defendant-Appellee.
_____/

SC: 159636
COA: 341879
Court of Claims: 17-000220-MP

On order of the Chief Justice, the motion of Eric Anderson and David Gavitt to file a joint brief amicus curiae is GRANTED. The amicus brief submitted on March 30, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



Clerk